UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:06CR00355 SNL (AGF) |
| CHARLES MARTIN, | ) ) ) |
| Defendant. | ) ) |

## ORDER CONCERNING PRETRIAL MOTIONS

**IT IS HEREBY ORDERED** that, if not previously disclosed, the government shall **forthwith** give notice to the defendant of its intention to use specific evidence at trial pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure.

**IT IS FURTHER ORDERED** that not later than **September 21, 2006**, any party may propound to the opposing party, and may file with the Court, any request for pretrial disclosure of evidence or information. Not later than **September 27, 2006**, the parties shall respond to any such requests for pretrial disclosure of evidence or information and may file with the Court a copy of any such response. To avoid a proliferation of documents, to the extent practicable, all such requests for disclosure and the responses thereto shall be contained in one request document or in one response document, with each separate item of information or evidence discussed being a subpart of said document.

**IT IS FURTHER ORDERED** that not later than **October 4, 2006,** any party may file any relevant pretrial motion(s) and the opposing party or parties shall respond to any such motions not later than **October 11, 2006**. **Copies of any such motions or responses shall be delivered to the chambers of the undersigned at 111 South 10th Street, 9th Floor North, St. Louis, Missouri 63102.**

**IT IS FURTHER ORDERED** that any pretrial motion seeking a Court order for the production of evidence or information from the opposing party, and each motion to suppress evidence, shall contain a statement of counsel that movant's counsel has personally conferred with counsel for the opposing party about the issue(s) raised in the motion(s), that there is a good faith belief that the information or evidence exists about which discovery is sought or which the defendant seeks to have suppressed, and (for motions for disclosure) that the disclosure of said information or evidence has been refused by the opposing party.  **Any such motion not having such attestation will not be considered or ruled by the Court.**

**IT IS FURTHER ORDERED** that any motion to suppress shall set forth, with particularity, the item(s) of evidence to which the motion is addressed, and shall set forth specific factual details to support any claim that such evidence was unlawfully obtained.  **Any motion to suppress not containing such specific information or any motion cast in conclusory or conjectural terms will not be heard or considered by the Court.**  Each motion to suppress must be accompanied by a memorandum of law setting forth the specific legal ground upon which it is contended that any such item of evidence was unlawfully obtained, with citations to authority.

**IT IS FURTHER ORDERED** that any defendant wishing to raise issues by way of pretrial motion shall file his or her own motions raising such issues, and such motions must meet the above requirements.  The practice of adopting motions filed by other defendants will not be permitted.

**IT IS FURTHER ORDERED** that if the defendant chooses not to file any pretrial motions, counsel for the defendant shall file with the Court, not later than **October 4, 2006**, a memorandum signed by the defendant attesting that there are no issues that the defendant wishes to raise by way of pretrial motion; that counsel has personally discussed this matter with the defendant; and that the defendant agrees and concurs in the decision not to raise any issues by

way of pretrial motion.

No extension of time of any deadline set in this order will be granted except upon written motion, made before the expiration of the deadline, and upon good cause shown. Failure to timely file motions or requests, or to request an extension of time to do so, will be considered as a waiver of the right of a party to make such motions or requests, as set out in Rule 12(e), Federal Rules of Criminal Procedure.

**IT IS FURTHER ORDERED** that a pretrial hearing and evidentiary hearing on any pretrial motions is set before the undersigned United States Magistrate Judge on **Friday, October 13, 2006, at 9:00 a.m. The defendant is required to be present at the hearing.**

Trial in this matter has been set for **Monday, December 11, 2006, at 9:30 a.m.,** before the **Honorable Stephen N. Limbaugh.**

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated September 18, 2006.